NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

QUAYSHON GREGORY MADISON,        )
                                 )
            Appellant,           )
                                 )
v.                               )        Case No. 2D19-2105
                                 )
STATE OF FLORIDA,                )
                                 )
            Appellee.            )
_____  )

Opinion filed September 25, 2020.

Appeal from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Howard L. Dimmig, II, Public Defender,
and Stephen M. Grogoza, Special
Assistant Public Defender, Bartow, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Lindsay D. Turner,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, BLACK, and SLEET, JJ., Concur.